UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD, Plaintiffs, | |
| v. | No.: 02-26 L<br>Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board, together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

The parties' Joint Status Report of September 14, 2005 stated that the parties were awaiting the United States Supreme Court's decision on the Delaware Tribe's petition, filed on April 11, 2005, for certiorari of the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004). On October 3, 2005, the Court denied that petition.

Since the last report the parties have been working on several, and they believe the final, issues in the settlement structure. The parties have now agreed on a strategy to resolve the outstanding 1984 federal district court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984), addressed in the last report. The Delaware Tribe is now pursuing action on the settlement, as embodied in proposed legislation, with members of Congress.

The parties last conferred with the ADR Judge, the Honorable Eric G. Bruggink, by teleconference on November 2, 2005. Unless otherwise directed, the parties will file their next

written status report to the Court on or before March 14, 2006.

Dated: December14, 2005.

Respectfully submitted,

/s Alan R. Taradash
by /s Thomas J. Peckham

Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

/s Daniel G. Steele
by /s Thomas J. Peckham

Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920

Of Counsel for Defendant:
Catherine Goshe
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW, MS 6456
Washington, DC 20240
telephone: 202-208-5134
facsimile: 202-219-0559