# In The United States Court of Federal Claims

No. 02-26L

(Filed: December 23, 2005)

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Tuesday, January 10, 2006, at 10:00 a.m. (EST). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge