UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD, Plaintiffs, | |
| v. | No.: 02-26 L<br>Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board, together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

The parties' Joint Status Report of December 4th, 2005 stated that the parties were resolving the final issues in the settlement structure and that the Tribe was now pursuing action on the settlement, as embodied in proposed legislation, with members of Congress.

Since that report, the Tribe has continued to work with members of Congress and congressional staff regarding potential legislation to effect the settlement structure. As a necessary corollary to those efforts, the Tribe is in ongoing discussions with the leadership of the Cherokee Nation to resolve issues that could affect the legislative effort and that relate to the incomplete resolution provided by the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004) (as amended on denial of rehearing (Feb 16, 2005)), *cert. denied* 126 S.Ct. 333 (2005).

In addition, tribal representatives and its counsel have met with Interior officials, and the Defendant has proceeded to resolve certain issues relating to the outstanding 1984 federal district

court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984) addressed in prior reports.

Unless otherwise directed, the parties will file their next written status report to the Court on or before June 14, 2006.

Dated: March 14, 2006.

Respectfully submitted,

/s Alan R. Taradash
by /s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920

/s Daniel G. Steele
by Thomas J. Peckham
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Defendant:
Catherine Goshe
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW, MS 6456
Washington, DC 20240
telephone: 202-208-5134
facsimile: 202-219-0559