UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.: 02-26 L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board, together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

The parties' Joint Status Report of March 14, 2006 stated that the parties were continuing to work toward legislation that would implement the settlement structure in this case.

Since that time, the Tribe has continued to work with members of Congress and congressional staff regarding potential legislation to effect the settlement structure. As a necessary corollary to those efforts, the leadership of the Tribe has had two additional and productive meetings with the leadership of the Cherokee Nation in an effort to resolve issues that affect the legislative effort and that relate to the incomplete resolution provided by the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005).

In addition, the parties have continued to discuss related matters at a high level. Further, the Defendant is proceeding with its efforts to resolve certain issues relating to the outstanding 1984 federal district court Judgment and Order against the United States in Delawares of Idaho,

Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984) addressed in prior reports. The parties are encouraged by the progress made in the last three months on these various aspects of the settlement structure.

Unless otherwise directed, the parties will file their next written status report to the Court on or before September 14, 2006.

Dated: June 14, 2006.

Respectfully submitted,

/s Alan R. Taradash by
/s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

s/ Daniel G. Steele
by /s Edward Passarelli
by /s Thomas J. Peckham
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920

Of Counsel for Defendant:
Catherine Goshe
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW, MS 6456
Washington, DC 20240
telephone: 202-208-5134
facsimile: 202-219-0559