UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD, Plaintiffs, | ) | |
| v. | ) | No.: 02-26 L Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board ("Tribe"), together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

The parties' Joint Status Report of September 21, 2006 stated that the parties were continuing to work toward legislation that would implement the settlement structure in this case.

Since that time, the Tribe has continued to work with members of Congress and congressional staff regarding potential legislation to effect the settlement structure in the wake of the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005). As reported previously, the Tribe and the Cherokee Nation jointly presented draft legislation to the Oklahoma congressional delegation on July 27, 2006 and received a strong showing of support. While there was some hope that the draft legislation might be considered as part of an omnibus package as the 109th Congress was drawing to a close, the decision by Congress to adjourn without acting on an omnibus bill left no practical vehicle for inclusion of the draft legislation. In addition, several issues raised by the Department of Interior may lead to amendments in the legislative draft. Plaintiffs believe that

the congressional delegation from Oklahoma remains committed to moving legislation that would resolve this case. Plaintiffs have reason to believe that the proposed legislation will be introduced early in the next session.

The Defendant has completed its primary responsibilities under the settlement structure to resolve certain issues relating to an outstanding 1984 federal district court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984) addressed in prior reports. Judge Windmill entered an order on October 31, 2006 fixing the judgment amount for the Tribe's enrolled members born between October 1972 and August 1, 1980 at $1,186,964.08. (*See* Exhibit A.) That amount has been deposited with the Court in Idaho and will be distributed pro rata to 1,372 eligible Tribal members, or their heirs, most likely in a series of distributions as those individuals are located. The Court has approved the first distribution which will be made to the Idaho Delawares and is expected to occur this month. The Tribe is in the process of preparing the filings necessary to seek the Idaho Court's approval for the first distribution to its members, which it projects will be roughly 1,000 members. Resolution of the Idaho action issues may also require amendment of the legislative draft.

The parties are encouraged by the progress in the Idaho action and look forward to the potential for congressional action early in the next session of Congress. Unless otherwise directed, the parties will file their next written status report to the Court on or before March 14, 2006.

Dated: December 14, 2006.

Respectfully submitted,

/s Alan R. Taradash by
/s Daniel G. Steele
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

/s Daniel G. Steele
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920

Of Counsel for Defendant:
David Moran
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW,
Washington, DC 20240
telephone: 202-208-7352
facsimile: 202-219-0559