UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-26 L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board ("Tribe"), together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

The parties' Joint Status Report of December 14, 2006 stated that the parties were continuing to work toward legislation that would implement the settlement structure in this case.

Since that time and after consultation with the Department of the Interior, the Tribe and the Cherokee Nation have reworked some parts of the section of the draft legislation to address the result of the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005). The two tribes jointly presented the new draft legislation to the Oklahoma congressional delegation in late January 2007 and again received a strong showing of support. In response to a very recent request from several members of the delegation, Plaintiffs are currently attempting to resolve several discrete issues with the Cherokee Nation before the legislation is introduced. The Tribe has reason to believe that the proposed legislation will be introduced in the next few to several weeks.

As reported previously, the Defendant has completed its primary responsibilities under

the settlement structure to resolve certain issues relating to an outstanding 1984 federal district court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984) addressed in prior reports. The Tribe is in the final stages of preparing the roll and motions necessary to request the first pro rata payments to Tribal members. The Tribe to date has verified the identity and addresses of about 1,200 of the some 1,372 members entitled to payments under the 1984 order. To reflect the Idaho District Court's contributions and the parties' efforts in resolving that dispute, the parties are considering revisions to the section of the legislative draft concerning the Idaho action.

The parties remain encouraged by the progress in the various components of this case and continue to look forward to the potential for congressional action in the coming months. Unless otherwise directed, the parties will file their next written status report to the Court on or before June 14, 2007.

Dated: March 14, 2007.

Respectfully submitted,

/s Alan R. Taradash by
/s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

/s Daniel G. Steele
/s Thomas J. Peckham
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Of Counsel for Defendant:
David Moran
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
telephone: 202-208-7352
facsimile: 202-219-0559

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920