UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD, | |
| Plaintiffs, | |
| v. | No. 02-26 L<br>Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board ("Tribe"), together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

The parties' Joint Status Report of March 14, 2007 stated that the parties were continuing to work toward legislation that would implement the settlement structure in this case.

Since that time, the office of the legislative counsel in Congress has produced a legislative draft of the proposed legislation. This draft legislation includes revisions relative to the result of the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005). The parties have begun the process of reviewing the legislative counsel draft to insure that it properly implements the settlement structure reached to resolve this case.

As reported previously, the Defendant has completed its primary responsibilities under the settlement structure to resolve certain issues relating to an outstanding 1984 federal district court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984)

addressed in prior reports. Additional revisions to the legislative counsel draft may also be suggested to reflect the continuing progress in that case.

Finally, the Delawares of Idaho, Inc., recently filed a separate mandamus action in the United States District Court for the District of Idaho, Delawares of Idaho, Inc. v. Kempthorne, No. 1:07-cv-00237-EJL, to compel the Secretary of the Interior to distribute Idaho Delaware funds that otherwise would be distributed to the Idaho Delawares pursuant to the draft legislation. Fortunately, the Idaho Delaware action is based on the same accounting calculations used in the settlement structure for this case. Accordingly, the parties do not expect that mandamus action to undermine in any way the resolution of this matter. Should the need arise, the parties are prepared to discuss any changes to the legislative counsel draft necessary to ensure that the proposed legislation and the mandamus action will resolve the issues fully and finally. The initial telephonic scheduling conference in that case is not until September 11, 2007. Therefore, it may be that the legislation will moot the new Idaho action.

Although the legislative process leading up to introduction is taking more time than the parties had hoped, the parties note that marked progress has been made and continue to look forward to the potential for congressional action in the coming months. More specifically, the Tribe continues to hope that the proposed legislation will be introduced in the next couple to several weeks. Unless otherwise directed, the parties will file their next written status report to the Court on or before September 14, 2007. In addition, if the legislation is introduced before that date, the parties will provide notice to the Court.

Dated: June 14, 2007 Respectfully submitted,

/s Alan R. Taradash by
/s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

/s Daniel G. Steele by
/s Thomas J. Peckham
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920

Of Counsel for Defendant:
David Moran
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
telephone: 202-208-7352
facsimile: 202-219-0559