UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-26 L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board ("Tribe"), together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

Since the parties' Joint Status Report of June 14, 2007, the parties have completed their cooperative review of the legislative draft prepared by the office of the legislative counsel in Congress that would implement the settlement structure in this case. The parties, through the Tribe, submitted joint comments on the settlement provisions of the draft legislation to members of the Oklahoma delegation in mid-August. The parties' joint revisions to the draft legislation would insure that it properly implements the settlement structure reached to resolve this case. This draft legislation includes provisions relative to the result of the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005). The Tribe is now engaged in almost daily discussions with congressional staff to resolve any remaining issues and secure introduction of the legislation.

As reported previously, the Defendant has completed its primary responsibilities under the settlement structure to resolve certain issues relating to an outstanding 1984 federal district

court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984) addressed in prior reports. The parties' joint revisions to the Senate legislative counsel draft also reflect the continuing progress in that case.

Finally, the Delawares of Idaho, Inc., recently filed a separate mandamus action in the United States District Court for the District of Idaho, Delawares of Idaho, Inc. v. Kempthorne, No. 1:07-cv-00237-EJL, to compel the Secretary of the Interior to distribute Idaho Delaware funds that otherwise would be distributed to the Idaho Delawares pursuant to the draft legislation. The Defendant filed an answer in that action on August 29, 2007, and a case management order was issued on September 11, 2007. Again, the parties' joint revisions to the Senate legislative counsel draft of the legislation also include language to ensure that the proposed legislation and the mandamus action will resolve the issues fully, finally, and without conflicting liabilities.

Although the legislative process leading up to introduction of the settlement legislation continues to take more time than the parties had hoped, the parties note that significant progress is being made. More specifically, the Tribe now hopes that introduction of the proposed legislation is imminent. Unless otherwise directed, the parties will file their next written status report to the Court on or before December 14, 2007. In addition, if the legislation is introduced before that date, the parties will provide notice to the Court.

Dated: September 14, 2007

Respectfully submitted,

/s Alan R. Taradash by
/s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

/s Daniel G. Steele by
/s Thomas J. Peckham
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920

Of Counsel for Defendant:
David Moran
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
telephone: 202-208-7352
facsimile: 202-219-0559