UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-26 L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board ("Tribe"), together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

In the parties' Joint Status Report of December 14, 2007, they informed the Court that they had completed their cooperative review of the legislative draft prepared by the office of the legislative counsel in Congress that would implement the settlement structure in this case. The parties, through the Tribe, submitted joint comments on the settlement provisions of the draft legislation to members of the Oklahoma delegation in mid-August.

Those revisions have now been incorporated in a discussion draft of the legislation currently being circulated among members of the Oklahoma delegation that would fully implement the settlement structure reached to resolve this case. The delegation has been fully supportive of the settlement portion of the legislation.

The discussion draft of the legislation also includes provisions relative to the result of the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005). The Tribe's ongoing efforts with the Oklahoma

delegation appear to be coming to fruition. Staff reports of contact directly between members of Congress suggest that there will soon be a common approach to the difficult, interrelated issues that have slowed the legislative settlement of the litigation.

As reported previously, the Defendant has completed its primary responsibilities under the settlement structure to resolve certain issues relating to an outstanding 1984 federal district court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984) addressed in prior reports. Plaintiff in December submitted a list of 1,044 names (out of approximately 1,370) for payment in accordance with that court's judgment and orders. A list of additional names and addresses will be submitted in the next several days, and Plaintiff will continue its efforts to locate additional addresses for Delaware members entitled to payment. The contemplated legislation includes the parties' joint revisions to the Senate legislative counsel draft, which reflect the continuing progress in that case.

Finally, the Delawares of Idaho, Inc., recently filed a separate mandamus action in the United States District Court for the District of Idaho, Delawares of Idaho, Inc. v. Kempthorne, No. 1:07-cv-00237-EJL, to compel the Secretary of the Interior to distribute Idaho Delaware funds that otherwise would be distributed to the Idaho Delawares pursuant to the draft legislation. Again, the draft legislation includes the parties' joint revisions that would ensure that the proposed legislation and the mandamus action will resolve the issues fully, finally, and without conflicting liabilities.

The Tribe is committed to concluding the legislative discussions as quickly as possible. While the Tribe still cannot predict the outcome of the delegation's deliberations with respect to the draft provisions relating to the Cherokee Nation result, recent progress suggests that those deliberations are reaching a favorable conclusion. Unless otherwise directed, the parties will file

their next written joint status report to the Court on or before June 13, 2008. In addition, if the legislation is introduced before that date, the parties will provide notice to the Court.

Dated: March 14, 2008

Respectfully submitted,

/s Alan R. Taradash by
/s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

/s Daniel G. Steele by
/s Thomas J. Peckham
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Of Counsel for Defendant:
David Moran
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
telephone: 202-208-7352
facsimile: 202-219-0559

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920