UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD, Plaintiffs, | |
| v. | No. 02-26 L<br>Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, Defendant. | |

**NOTICE OF INTRODUCTION OF PROPOSED LEGISLATION**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board ("Tribe"), joined by Defendant, the United States of America, (collectively, "the parties") respectfully submit this Notice in accordance with the commitment in the last Joint Status Report, filed June 12, 2008, to inform the Court if certain legislation were introduced.

The parties have regularly informed the Court that they have been working on legislation that would incorporate the settlement structure agreed upon by the parties in this case. On August 1, 2008, Congressman John Sullivan of Oklahoma introduced H.R. 6786. A copy of the signed bill as filed is attached as Exhibit 1, as are the concise but very supportive comments of Congressman Sullivan upon introduction from the *Congressional Record* as Exhibit 2. (As of the date of this filing, the bill is not yet available on from the Government Printing Office on thomas.loc.gov.) Sections 1 through 5 (and less directly sections 7 through 9) address the matters at issue in this case. Section 6 contains the provisions discussed in earlier status reports relative to the result of the Tenth Circuit's opinion in *Cherokee Nation of Oklahoma v. Norton*, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005).

While introduction of the legislation is a significant step forward, the Tribe is informed

that passage of the bill in this election-shortened year is highly unlikely and probably impossible; however, introduction of the bill should greatly facilitate reintroduction of identical or very similar legislation in the 111th Congress. The Tribe has also been informed by Congressman Sullivan's staff that the other four members of the Oklahoma House delegation have agreed orally to cosponsor the legislation, although insufficient time was available before the August recess for them to formally appear as cosponsors before their return in September.

Counsel for the Tribe has consulted with the United States, and Defendant joins in this Notice.

Unless otherwise directed, the parties will file their next written joint status report to the Court on or before September 12, 2008 in accordance with the regular schedule for such reports.

Dated: August 20, 2008

Respectfully submitted,

/s Alan R. Taradash by
/s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

Of Counsel for Plaintiffs:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920