Case 1:02-cv-00026-FMA Document 59-3 Filed 08/20/2008 Page 1 of 1

carry out its mission.'' This isn't the first Democrat to raise questions about the effectiveness of the FDA. Thus, it is highly hypocritical of them to extend the agency's regulatory authority to a multi-billion dollar industry of which the FDA has no expertise.

Furthermore, as FDA Commissioner Andrew von Eschenbach testified before the House Energy and Commerce Committee in October 2007, the FDA is an agency intended to promote and protect the public health. In the Commissioner's opinion, requiring the FDA to ''approve'' tobacco products as a result of this bill would dramatically change the agency's focus. Mr. von Eschenbach stated, ''Associating any agency whose mission is to promote public health with the approval of inherently dangerous products would undermine its mission and likely have perverse incentive effects.''

While establishing FDA authority to regulate tobacco products, this bill would also retain the FTC's Federal authority to regulate tobacco advertising and circulation. It would provide only limited pre-emption of State laws, allowing more rigid State restrictions on tobacco advertising. These multiple layers of regulation will impose undue bureaucratic and logistical hardships on tobacco manufacturers. It is important to remember that the sale of tobacco, according to current law and expressly reinforced in this bill, is legal in the United States and can be credited with hundreds of thousands of jobs across the country.

As Department of Health and Human Services Secretary Leavitt noted, this legislation could also be viewed by foreign governments as a hostile trade action. Many of the clove and other flavored cigarettes that are banned under this bill are manufactured in foreign countries. However, this bill expressly permits production of menthol cigarettes. This could lead Indonesia or other foreign governments to file complaints at the World Trade Organization claiming discrimination against their products. Ultimately, retaliatory measures could be taken against American-made products, which could lead to unnecessary trade disputes with a negative effect on economic growth.

Finally, this legislation would have little impact on overall tobacco use. If this bill is enacted, the Congressional Budget Office has estimated that smoking by adults would decline only by 2 percent after 10 years. This marginal reduction does not warrant this legislation's significant intrusion on free speech rights and expansion of government-run regulatory bureaucracy. Therefore, I strongly oppose this bill and urge my colleagues to vote against it.

## THE DELAWARE TRIBE OF INDIANS JUDGMENT FUNDS DISTRIBUTION SETTLEMENT ACT

### HON. JOHN SULLIVAN

OF OKLAHOMA

IN THE HOUSE OF REPRESENTATIVES

*Friday, August 1, 2008*

Mr. SULLIVAN. Madam Speaker, I rise today to introduce H.R. 6786, the Delaware Tribe of Indians Judgment Funds Distribution Settlement Act.

The Delaware Tribe was the first tribe to sign a treaty with the fledgling United States in 1778, playing an important role in winning the Revolutionary War, and was called the ''Grandfather Tribe'' by other tribes in and around the Delaware River valley. The Tribe was forced inexorably westward by the Colonies and then the United States from its aboriginal area further west and eventually into Cherokee territory in Oklahoma.

The Tribe was recognized by the United States throughout the 20th century until it was terminated by the Department of the Interior in 1979. The Department rescinded that decision in 1996, and the Tribe was recognized from 1996 until 2004 when a Tenth Circuit Court decision ended the Tribe's Federal recognition. The United States Solicitor General stated to the United States Supreme Court that the Tenth Circuit decision to end status of the tribe resulted in the need for Congress to address this issue.

This legislation restores the rightful Federal recognition of the Delaware Tribe of Indians but also incorporates mechanisms for the Delaware Tribe of Indians and the Cherokee Nation to resolve issues between them in Eastern Oklahoma amicably. I am pleased to see not only Delaware restoration but also accord and cooperation between the two tribes.

## HONORING BORDENTOWN LITTLE LEAGUE

### HON. CHRISTOPHER H. SMITH

OF NEW JERSEY

IN THE HOUSE OF REPRESENTATIVES

*Friday, August 1, 2008*

Mr. SMITH of New Jersey. Madam Speaker, I rise to offer my heartfelt support and congratulations to the Bordentown Little League All-Stars who on Wednesday, won the New Jersey State Championship tournament and the right to now advance to the regional championship. Powered by some big bats—that turned in 17 hits and 4 home runs—the Bordentown Little League's 11/12 year old team easily defeated Pequannock 14 to 3 to win the State Championship. By winning the New Jersey title, the team now moves onto Bristol, Connecticut, to participate in the Mid-Atlantic Regional Tournament where they will take on Haverstraw, the New York State Champions. The A. Bartlett Giamatti Little League Leadership Training Center in Bristol, Connecticut, is hosting the Mid-Atlantic and New England tournaments.

I especially want to recognize Manager Pat Welsh and Coach Dave Revay for their outstanding efforts developing this championship team. And of course, congratulations go out to the guys on the field who hustled throughout the season to win the New Jersey State Championship—Tommy ''T-Walt'' Walters, Zachary ''Zack'' Gakeler, Ryan ''Shinny'' Shinn, Patrick ''Otrick'' Welsh, Cole ''ColeTrain'' Clauser, Tyler ''Ty'' Revay, Clarke ''Clarkey'' Laba, Nick ''Hammer'' Callahan, Edward ''Eddie'' Holmes, and the teams three Austin's—Austin ''Goke'' Goeke, Austin ''Charzar'' Chaszar, and Austin ''Big Pappi'' Papp.

Gratitude also has to be given to the Bordentown community for their spirit and the continuing support they offered which helped make fielding this outstanding team possible. Community leaders—Mayor George A. Chidley, Deputy Mayor Bruce Hill, Committeeman William J. Morelli, Committeeman Robert Delaney, and Committeeman Mark Roselli from Bordentown Township; and Mayor John William Collom III, Deputy Mayor James Lynch, and Commissioner John Wehrman from the city of Bordentown have to be recognized and thanked for making this State Championship possible.

As the Bordentown Little League All-Stars now move onto the Regional Championship, we join with family and friends in the entire Bordentown and Burlington County communities to wish them good luck.

## TRIBUTE TO STAN SMOYER

### HON. RUSH D. HOLT

OF NEW JERSEY

IN THE HOUSE OF REPRESENTATIVES

*Friday, August 1, 2008*

Mr. HOLT. Madam Speaker, I rise today to recognize Stanley C. Smoyer for his years of extraordinary leadership in the family planning movement in the United States, his devoted service to Planned Parenthood Association of the Mercer Area in New Jersey, and for his extraordinary generosity to his community.

For over 50 years, Stan Smoyer has been a champion of women's reproductive rights. As former assistant general counsel for Johnson & Johnson, he was involved in reproductive rights litigation in the 1960s. Of particular note was his involvement in Griswold v Connecticut, the 1965 landmark case in which the Supreme Court of the United States ruled that the Constitution protected a right to privacy and that access to contraception could not be prohibited. In 1995, he and his late wife, Barbara, were awarded Planned Parenthood's highest honor, the Sanger Circle Award, in recognition of their outstanding service and loyalty to Planned Parenthood and to the cause of reproductive rights.

As a board member of Planned Parenthood I am particularly grateful to him for his years of participation. As Vice Chairman for Principal Gifts of Planned Parenthood's 1991 capital campaign, Stan Smoyer demonstrated his commitment to the issues by helping the agency raise millions of dollars. In 2006, Stan Smoyer was recruited once again to help Planned Parenthood, this time as Honorary Co-Chair of Stand with Us: The Campaign for Responsible Choices. Thanks to his generosity, the capital campaign is well on its way to reaching its goal.

Stan Smoyer has also been a benefactor of both Phillips Academy in Andover, Massachusetts and Dartmouth University in New Hampshire. His most recent gift to Phillips Academy renovated and improved the soccer field, where his sons used to play. The field, now known as Smoyer Family Field, is named in honor of Mr. Smoyer's sons, David, class of '59 and William, class of '63, who was killed in Vietnam in 1968.

A 1934 graduate of Dartmouth, Stan Smoyer has made a commitment to his alma mater for a new intercollegiate soccer facility. He has also been a donor to the school's History Department programs and to other scholarship and athletic endeavors.

Stanley C. Smoyer's devotion to the causes and initiatives that he believes in makes him an outstanding friend, neighbor and community benefactor. He is worthy of our admiration and gratitude and continues to serve as a

EXHIBIT 2