UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DELAWARE TRIBE OF INDIANS, and THE DELAWARE TRUST BOARD, | |
| Plaintiffs, | |
| v. | No. 02-26 L<br>Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiffs, the Delaware Tribe of Indians and the Delaware Trust Board ("Tribe"), together with Defendant, the United States of America, (collectively, "the parties") respectfully submit this Joint Status Report pursuant to the terms of the Court's Order of December 13, 2002.

In the parties' Joint Status Report of June 13, 2008, they informed the Court that legislation incorporating the settlement structure in this case was being reviewed by the Oklahoma congressional delegation. As the parties notified the court by a filing on August 20, 2008, Congressman John Sullivan introduced H.R. 6786 on August 1, 2008. That legislation incorporates the parties' settlement of this action. As the parties also informed the Court in that notice, action on the legislation is unlikely in this session of Congress given the limited remaining time Congress has before the upcoming elections. However, the legislation is expected to be introduced in substantially the same form early after Congress' return in January.

The legislation as introduced relies in significant part on an administrative process to resolve the issues relative to the result of the Tenth Circuit's opinion in Cherokee Nation of Oklahoma v. Norton, 389 F.3d 1074 (10th Cir. 2004), *cert. denied* 126 S.Ct. 333 (2005). It appears that the parties have identified an approach that would combine administrative and

congressional action to resolve fully the Cherokee Nation issues. The parties continue to discuss the administrative portion of the new approach, but substantial progress has been made on the major potential hurdles since the last report.

The Tribe and Defendant continue to explore the possibility of paying portions of the agreed-upon settlement amounts without congressional action. Access to those funds is important to economic development projects being pursued by the Tribe. That process is continuing.

As reported previously, the Defendant has completed its primary responsibilities under the settlement structure to resolve certain issues relating to an outstanding 1984 federal district court Judgment and Order against the United States in Delawares of Idaho, Inc., Kansas Delaware Tribe of Indians, Inc., et al. v. William P. Clark, Civ. 83-1192 (D. Idaho 1984) addressed in prior reports. Plaintiff in December submitted a list of 1,044 names (out of approximately 1,370) for payment in accordance with that court's judgment and orders and in July submitted a list of an additional 71 names. The Tribe's efforts to locate the remaining payees are ongoing. The legislation as introduced reflects the continuing progress in that case.

Finally and as reported previously, the Delawares of Idaho, Inc., have filed a separate mandamus action in the United States District Court for the District of Idaho, Delawares of Idaho, Inc. v. Kempthorne, No. 1:07-cv-00237-EJL, to compel the Secretary of the Interior to distribute Idaho Delaware funds that otherwise would be distributed to the Idaho Delawares pursuant to the draft legislation. A Judgment and Order was entered in favor of the plaintiffs on June 26, 2008 based on the underlying settlement structure arrived at by the parties in this case. H.R. 6786 includes provisions that will ensure full and final distribution of the trust corpus consistent with the Idaho action and without conflicting liabilities.

Unless otherwise directed, the parties will file their next written joint status report to the Court on or before December 12, 2008. While unlikely, if there are significant legislative developments in the interim, the parties will provide notice to the Court.

Dated: September 12, 2008

Respectfully submitted,

/s Alan R. Taradash by
/s Thomas J. Peckham
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Attorney of Record for Plaintiffs

/s Daniel G. Steele by
/s Thomas J. Peckham
Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Of Counsel for Plaintiff:
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K St., N.W.
Washington, D.C. 20005
telephone: 202-530-1270
facsimile: 202-530-1920

Of Counsel for Defendant:
David Moran
Office of the Solicitor
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
telephone: 202-208-7352
facsimile: 202-219-0559