# In The United States Court of Federal Claims

No. 02-26L

(Filed: December 14, 2009)
_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

      On or before January 4, 2010, defendant shall file a status report discussing the impact on the pending settlement in this case of the recent class action settlement announced in *Cobell v. United States* (Civ. A. 96-1285 RCL, D.C. Dist. Ct.), and the apparent changes in litigative policy associated therewith. *See* Remarks of Attorney General Holder at the Announcement of *Cobell v. Salazar* Settlement (Dec. 8, 2009) (*available at* http://www.justice.gov/ag/speeches/2009/ag-speech-091208.html) (Last visited Dec. 14, 2009); Remarks of Associate Attorney General Perrelli at the Announcement of *Cobell v. Salazar* Settlement (Dec. 8, 2009) (*available at* http://www.justice.gov/asg/speeches/2009/asg-speech-091208.html) (Last visited Dec. 14, 2009). Defendant shall attach to its report those portions of the settlement agreement in *Cobell* that are publicly disclosable. Chambers will contact the parties to schedule a status conference in January to discuss defendant's status report, as well as any other matters related to the pending settlement that require discussion.

      **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra  
                                      Francis M. Allegra  
                                      Judge