# In The United States Court of Federal Claims

No. 02-26L

(Filed: February 1, 2011)

_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

             Plaintiff,

v.

THE UNITED STATES,

             Defendant.

_____

**ORDER**

_____

On October 20, 2010, this court issued an order directing defendant to file a status report every 63 days regarding the possible damage, destruction or loss of records. Defendant is hereby relieved of this reporting requirement.

    **IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge