# In The United States Court of Federal Claims

No. 02-26L

(Filed: March 7, 2011)

_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

        Plaintiff,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Thursday, March 10, 2011, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    Several years have elapsed since the parties first announced a proposed settlement of this case. The most recent status report filed by the parties casts serious doubts on whether that settlement will be funded by an appropriation any time within the near future. At the conference, the parties, and, in particular, defendant, shall be prepared to discuss – in detail – alternate ways in which to fund the proposed settlement of this case, to and including the entry of a stipulated judgment. Defendant shall be prepared to discuss these issues mindful that its answers may impact the court's views as to whether it remains worthwhile to continue to pursue settlements, via alternative dispute resolution, in other tribal trust cases.

    **IT IS SO ORDERED**.

                                                               s/ Francis M. Allegra
                                                               Francis M. Allegra
                                                               Judge