# In The United States Court of Federal Claims

No. 02-26L

(Filed: July 18, 2011)

_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

        Plaintiff,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On or before July 29, 2011, defendant shall file a status report indicating whether it has any intention, whatsoever, of filing a motion to dismiss in this case for lack of subject matter jurisdiction under 28 U.S.C. §1500.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge