# In The United States Court of Federal Claims

No. 02-26L

(Filed: December 5, 2011)

_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

        Plaintiff,

       v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Wednesday, December 14, 2011, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge