# In The United States Court of Federal Claims

No. 02-26L

(Filed: June 12, 2012)

_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

        Plaintiff,

      v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Wednesday, June 20, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

 

                                                                       s/ Francis M. Allegra
                                                                       Francis M. Allegra
                                                                        Judge