# In The United States Court of Federal Claims

No. 02-26L

(Filed: March 12, 2013)

_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

               Plaintiff,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Wednesday, March 13, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge