# In The United States Court of Federal Claims

No. 02-26L

(Filed: September 4, 2013)

_____

THE DELAWARE TRIBE OF INDIANS and
THE DELAWARE TRUST BOARD,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Wednesday, September 25, 2013, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge